165-15

# ELECTRONIC RECORD

COA # 06-14-00044-CR          OFFENSE: 22.01

STYLE: Eric L. Hill v. The State of Texas     COUNTY: Gregg

COA DISPOSITION: Affirmed        TRIAL COURT: 124th District Court

DATE: 1/9/15          Publish: YES   TC CASE #: 43089-B

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Eric L. Hill v. The State of Texas       CCA #: 165-15

_____PRO SE_____ Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE: _____

_____Refused_____          JUDGE: _____

DATE: June 24, 2015          SIGNED: _____          PC: _____

JUDGE: PC            PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**